UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　Defendant. | Civil Action No. 22-2055 (APM) |

### JOINT STATUS REPORT

Pursuant to the Court's September 15, 2022, Order, Plaintiff, White Coat Waste Project ("Plaintiff") and Defendant, the United States Department of Health and Human Services (the "Department"), by and through undersigned counsel, have met, conferred, and hereby report as follows:

1. Plaintiff brings this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking to compel a response to a FOIA request dated April 11, 2022 (the "Request").

2. The Department has completed its search for records and identified 173 pages of records responsive to Plaintiff's request.

3. The Department currently anticipates making its final production in this matter within the next 6 weeks.

4. The Department does not anticipate seeking an *Open America* stay at this time.

5. Because the Defendant's production efforts are ongoing, the parties are not yet in a position to know whether summary judgment briefing will be necessary. Thus, the parties seek to

- 2 -

defer proposing any summary judgment briefing schedule to allow for processing and production of all responsive non-exempt material.

6. In light of the foregoing, the parties propose filing a further joint status report by November 30, 2022, to provide the Court with an update as to the Department's production efforts and any other outstanding issues.

Dated: September 28, 2022                                      Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Strugar (with consent)* <br> Matthew Strugar (D.C. Bar No. 1010198) <br> Law Office of Matthew Strugar <br> 3435 Wilshire Blvd., Suite 2910 <br> Los Angeles, CA 90010 <br> 323-696-2299 <br> matthew@matthewstrugar.com <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By:     */s/ Derek S. Hammond* <br>      DEREK S. HAMMOND <br>      D.C. Bar # 1017784 <br>      Assistant United States Attorney <br>      555 Fourth Street, NW <br>      Washington, DC 20530 <br>      202-252-2511 <br>      Derek.Hammond@usdoj.gov <br><br> *Counsel for Defendant* |